## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No. 7:12-CR-00031-HL-TQL-4** |
| **JACQUELYN G. KELLY** | |

## ORDER ON DEFENDANT'S MOTION TO CONTINUE TRIAL
## IN THE INTEREST OF JUSTICE

Defendant Jacquelyn G. Kelly has moved the Court to continue the pre-trial hearing of his case, presently scheduled for October 1, 2012, and the trial term set for October 23, 2012.   The Government does not oppose this motion.  Defendant is scheduled for a detention hearing on October 3, 2012, and is currently detained pending hearing.  Additional time is needed for the defense to receive the discovery from the government, review the discovery, conduct investigations, and enter into plea negotiations, if warranted.  The Court finds that it is in the interests of justice to allow the parties a continuance to explore possible plea negotiations and that these interests outweigh the interest of Defendant and the public in a speedy trial.  Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice.  Accordingly, Defendant's Motion to Continue Trial in the Interest of Justice [Doc. 45] is **GRANTED**, and it is hereby ordered that this case shall be continued until the Court's next trial calendar.  The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is SO ORDERED, this 28th day of September, 2012.

 s/ Hugh Lawson
**HUGH LAWSON**
UNITED STATES DISTRICT COURT JUDGE

Prepared by:
D. Nicole Williams
Federal Defenders of the
Middle District of Georgia, Inc.
Attorney for the Jacquelyn G. Kelly